```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**ANTONIO HALL,**              )
                               )
        **Plaintiff,**     )
                               )
        **v.**             )    **CIVIL ACTION No.**
                               )    **14-12798-NMG**
**UMASS CORRECTIONAL HEALTH CARE,** )
**et al.,**                    )
                               )
        **Defendants.**    )

## MEMORANDUM AND ORDER

**GORTON, J.**

    Plaintiff originally filed a joint complaint that was part of a multi-plaintiff civil rights action.  See <u>Stote, et al. v. UMass Correctional Health Care, et al.</u>, C.A. No. 13-10267-NMG (the "2013 action").  The 2013 action was initiated by MCI Norfolk inmate John E. Stote concerning alleged inadequate medical care at MCI Norfolk.  On June 25, 2014, the individual prisoners claims were severed into separate cases.  See No. 13-10267-NMG, 06/25/2014 Memorandum and Order (the "June Order), Docket #20.

    The June Order directed each plaintiff who wished to prosecute his own claims to pay the $400 fling fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs within sixty days and that failure to pay the fee or seek leave to proceed without prepayment of the fee may result in dismissal of the individual action without prejudice.  <u>Id.</u>

    Pursuant to the directives of the June Order, the Clerk

opened a new case for plaintiff.  See Docket.  The Order was mailed to Hall on June 30, 2014.  Id.

Plaintiff has not responded to the Court's order and the time to do so has expired.  The documents sent to him were not returned to the Court as undeliverable and a search of the on-line Victim Information & Notification Everyday (VineLink) homepage reveals that he is still incarcerated at MCI Norfolk. See VineLink Offender Locator, http://www.vinelink.com (last visited Oct. 5, 2014).

## ORDER

Accordingly, it is hereby ORDERED that this action is DISMISSED without prejudice and without assessment of the filing fee.

**So ordered.**

                                      /s/ Nathaniel M. Gorton  
                                      Nathaniel M. Gorton  
                                      United States District Judge

Dated October 9, 2014